

**IN THE**
**TENTH COURT OF APPEALS**

———————————

**No. 10-17-00194-CV**

**IN RE KEITH AND SERENA TINKER**

———————————

**Original Proceeding**

---

# ORDER

---

Relators, Keith and Serena Tinker, have filed a petition for mandamus with this Court seeking relief in a proceeding that involves a petition for the termination of parental rights to two children, A.L.K. and N.C.J.B.K. The Relators' petition and appendix do not comply with Texas Rule of Appellate Procedure 9.8(b), which requires redaction of the minor's identity. TEX. R. APP. P. 9.8(b). Relators are ordered to file an amended petition which complies with Rule 9.8(b) within seven (7) days of this Order. The petition currently on file with this Court will be stricken in its entirety either upon the filing of the amended petition or the expiration of the seven (7) days, whichever occurs first.

If an amended petition is filed with this Court, a response is requested from the Real Parties in Interest within twenty-eight (28) days of the filing of the amended petition. TEX. R. APP. P. 52.8(b).

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
  (Justice Davis did not participate in deciding this Order)
Order delivered and filed June 19, 2017

